IN THE UNITED STATES DISTRICT COURT
WESTERN DISTRICT OF ARKANSAS
HOT SPRINGS DIVISION

DANTE SERRANO                                                                                    PLAINTIFF

v.                                            Case No. 6:21-cv-06067

SUPERVISOR JOE JONES, *et al*.                                              DEFENDANTS

## ORDER

Before the Court is the Report and Recommendation filed July 2, 2021, by the Honorable Mark E. Ford, United States Magistrate Judge for the Western District of Arkansas. (ECF No. 5). Judge Ford recommends that this case be dismissed without prejudice due to Plaintiff's failure to prosecute this case and failure to comply with Local Rule 5.5(c)(2).

Plaintiff has not filed objections to the Report and Recommendation, and the time to do so has passed. *See* 28 U.S.C. § 636(b)(1). Being well and sufficiently advised and finding no clear error on the face of the record, the Court adopts the Report and Recommendation (ECF No. 5) *in toto*. Pursuant to Federal Rule of Civil Procedure 41(b) and Local Rule 5.5(c)(2), the Court finds that this case should be and hereby is **DISMISSED WITHOUT PREJUDICE.**

**IT IS SO ORDERED**, this 26th day of July, 2021.

/s/ Susan O. Hickey
Susan O. Hickey
Chief United States District Judge